Present—Hurlbutt, J.P., Smith, Fahey and Carni, JJ.

In the Matter of ANDREA M. SMITH, Appellant, v JACK B. NATALI, SR., Respondent. [890 NYS2d 848]—

Memorandum: Petitioner mother appeals from an order

dismissing her petition seeking custody of her child. We reject her contention that Family Court's determination lacks a sound and substantial basis in the record and thus that the court should have granted her petition (*see Matter of Harrington v Harrington*, 63 AD3d 1618 [2009], *lv denied* 13 NY3d 705 [2009]). Although there is some evidence in the record that respondent father actively interfered with the mother's relationship with the child (*see Matter of Irwin v Neyland*, 213 AD2d 773, 774 [1995]), other factors support the court's determination and we accord great deference to that determination (*see Matter of Thayer v Ennis*, 292 AD2d 824, 825 [2002]). The record does not support the further contention of the mother that she did not receive effective assistance of counsel (*see generally Matter of Howard v McLoughlin*, 64 AD3d 1147 [2009]). We note in particular that there was extensive cross-examination of the parties, and that the court had issued decisions with respect to previous petitions by both parties and thus was familiar with the circumstances of the case. Present—Hurlbutt, J.P., Smith, Fahey and Carni, JJ.